**Corrected Order filed June 5, 2019**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————

**NO. 01-18-00538-CR**

———————

**RICARDO ROMANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Co Crim Ct at Law No 6**
**Harris County, Texas**
**Trial Court Cause No. 2167075**

## CORRECTED ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 2 (DVD) and Defense's Exhibit 1 (DVD).**

The exhibit clerk of the Co Crim Ct at Law No 6 is directed to deliver to the Clerk of this court the original of State's Exhibit 2 (DVD) and Defense's Exhibit 1 (DVD), on or before **June 20, 2019.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 2 (DVD) and Defense's Exhibit 1 (DVD), to the clerk of the Co Crim Ct at Law No 6.

PER CURIAM